UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER C. HAYWARD, MATTHEW YBARRA, *and*
KELLY GARCIA, *on behalf of themselves and all others similarly situated*,

                               Plaintiffs,

-v-

MPARTICLE *and* ROKT US CORP.,

                               Defendants.

25 Civ. 8173 (PAE)

ORDER

---

**PAUL A. ENGELMAYER**, District Judge:

On September 18, 2025, this case was transferred to this District from the Northern District of California. Dkt. 46. Before the transfer, plaintiffs had filed a first amended complaint ("FAC"), Dkt. 32, and defendants had filed a motion to dismiss the FAC as an alternative to the motion to transfer, Dkt. 39.

In light of the transfer to a new jurisdiction, which may have implications for the factual allegations or legal claims that plaintiffs choose to plead, the Court authorizes plaintiffs to file a second amended complaint ("SAC"), due October 29, 2025. Defendants will file a motion to dismiss, answer, or otherwise respond to the SAC (or the FAC, if plaintiffs do not amend) by November 12, 2025. *See* Fed. R. Civ. P. 15(a)(3).

If defendants file a motion to dismiss the SAC, the Court expects to issue, consistent with its ordinary practice, an amend-or-oppose order that allows plaintiffs, within 21 days of that motion to dismiss, to amend their complaint or, alternatively, to oppose the motion.[1] No further

---

[1] If plaintiffs do not amend the SAC and instead choose to oppose the motion to dismiss it, defendants' reply, if any, will be due seven days after plaintiffs' opposition.

opportunities to amend will ordinarily be granted. If plaintiffs choose to amend, defendants will, within 21 days of the filing of that third amended complaint: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[2]

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 15, 2025
      New York, New York

---

[2] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.