**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER C. HAYWARD, KELLY GARCIA, and MATTHEW YBARRA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MPARTICLE, INC. and ROKT US CORP.,

Defendants.

**Oral Argument Requested**

Case No. 1:25-CV-08173-PAE

**DEFENDANTS MPARTICLE, INC. AND ROKT US CORP'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND STRIKE NATIONWIDE CLASS ALLEGATIONS**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 23, and upon their supporting memorandum of law, all other papers and proceedings in this matter, and any argument that may be heard, Defendants mParticle, Inc. and Rokt US Corp. (collectively, "Defendants"), by and through their undersigned counsel Cozen O'Connor, will and hereby move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing Plaintiffs' Second Amended Complaint in this action with prejudice and striking Plaintiffs' nationwide class allegations, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), this Motion and accompanying memorandum of law is being served on all counsel of record.

Dated: December 3, 2025

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Matthew E. Lewitz

Matthew E. Lewitz
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 213-892-7937
Facsimile: 310-394-4700
Email: mlewitz@cozen.com

Erin Bolan Hines (admitted *Pro Hac Vice*)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-474-4490
Facsimile: 312-300-5645
Email: ebolanhines@cozen.com

*Attorneys for Defendants MParticle, Inc. and Rokt US Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2025, I caused a true and correct copy of **DEFENDANTS MPARTICLE, INC. AND ROKT US CORP'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND STRIKE NATIONWIDE CLASS ALLEGATIONS** to be electronically filed and that this document is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document was served via email on the individuals listed below:

Heather Lopez
Milberg Coleman Bryson Phillips Grossman PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
*hlopez@milberg.com*
*Attorneys for Plaintiffs*

Gary Michael Klinger
William J. Edelman
Milberg Coleman Bryson Philips Grossman PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
*gklinger@milberg.com*
*wedelman@milberg.com*
*Attorneys for Plaintiffs*

Dated: Santa Monica, California
December 3, 2025

Matthew E. Lewitz