**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PETER C. HAYWARD, KELLY GARCIA, and MATTHEW YBARRA, individually and on behalf of all others similarly situated,,

Plaintiffs,

25 **CIVIL** 8173 (PAE)

-against-

**JUDGMENT**

MPARTICLE, INC., *and ROKT* US CORP.,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 1, 2026, Defendants' motion to dismiss is GRANTED under Rule 12(b)(1). Because this dismissal is for lack of subject matter jurisdiction, it is without prejudice to plaintiffs' ability to file a new action with a proper jurisdictional basis. See Carter v. HealthPort Techs., LLC, 822 F.3d 47, 54-55 (2d Cir. 2016) ("where a complaint is dismissed for lack of Article III standing, the dismissal must be without prejudice, rather than with prejudice"); accordingly, the case is closed.

**Dated:** New York, New York
September 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**